UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT - N.D. OF N.Y.

# FILED

JUN 22 2016

AT_____O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse

Rochelle Coleman   **Plaintiff(s)**

vs.

Michael L. Hanuszczak   **Defendant(s)**

)
)
)
)
)
)
)
)
)

Civil Case No.:

CIVIL 5:16-CV-735
RIGHTS
COMPLAINT DNH / DEP
PURSUANT TO
42 U.S.C. § 1983

Plaintiff(s) demand(s) a trial by: __X__ JURY _____ COURT   (Select **only** one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:

## JURISDICTION

1. This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

## PARTIES

2. Plaintiff: Rochelle Coleman

   Address: 231 Lilac St
   Syracuse, NY
   13208

Additional Plaintiffs may be added on a separate sheet of paper.

3. a. Defendant: Michael L. Hanuszczak

   Official Position: Family Court Judge

   Address: 721 montgomery street
   Syracuse, NY 13202
   PART-2 court

b.    Defendant:    _____

Official Position:    _____

Address:    _____

_____

_____

c.    Defendant:    _____

Official Position:    _____

Address:    _____

_____

_____

Additional Defendants may be added on a separate sheet of paper.

4.                                                      **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights. List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint. (You may use additional sheets as necessary).**

This michael L. Hanuszczak decided to hear and take to trial a case with no evidence from 2012-2015 and violating my right to a fair trial; and violating my 5th Amendment rights also my due-process was violated. My case is still on-going with no evidence only allegation and hear-say and in doing so violating my 6th Amendment to a quick and speedy trial! This Judge Allowed and hear witness statement that committed perjury and I did two complaint and after my second complaint I was called in, not served to come to court where he took my kids.

5.                          **CAUSES OF ACTION** -

**Note: You must clearly state each cause of action you assert in this lawsuit.**

### FIRST CAUSE OF ACTION

my civil rights. were violated by this biased and corrupt Man, who chose to violate my children self and family because of color, income and disability and broke the law violating my

### SECOND CAUSE OF ACTION

The Judge forced upon my children and I cruel and unusal punishment when he ruled. to take my Kids with no proof of any wrong doing and retaliated against 3 days after my last complaint.

### THIRD CAUSE OF ACTION

This Judge has Knowingly refused to follow the law and have violated my 1st, 4th, 5th, 6th, 13th & 14th amendment rights along with my human rights and have caused mental & emotional abuse and stress on my entire family because of his own personal Biases and discrimiative belief and I want Justice. Thank you.

6.    **PRAYER FOR RELIEF**

**WHEREFORE,** plaintiff(s) request(s) that this Court grant the following relief:

I am in prayer that this judge Never gets a second chance to hurt mine or anyone's elses family and seeking criminal charges be done $3,000,000. dollar. for pain & suffering.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: ___6/22/16___

Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010